# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CROWVISION, INC., <br><br> Plaintiff, <br> v. <br><br> THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, <br><br> Defendants. | Case No. 24-cv-8406 <br><br> Judge Franklin U. Valderrama |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P 41(a)(1)

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Crowvision, Inc. ("Plaintiff"), hereby voluntarily dismisses its Complaint against the following Defendants identified on Schedule A, with each party responsible for its costs and attorneys' fees:

| **Defendant No.** | **Store Name** |
|---|---|
| 29 | Kerry-dober |
| 103 | A family of talking stickers |

Dated: December 11, 2024

Respectfully submitted,

/s/ *Sofia Quezada Hastings*
Sofia Quezada Hastings
*One of the Attorneys for Plaintiff*

Matthew De Preter
Sofia Quezada Hastings
ARONBERG GOLDGEHN DAVIS & GARMISA
225 W. Washington St. Suite 2800
Chicago, IL 60606
shastings@agdglaw.com
4887-1537-2431, v. 1